IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 17-cr-427-1-WJM

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. JOSE BURCIAGA ANDASOLA,**

    Defendant.

_____

### MOTION FOR SUPPLEMENTAL DISCOVERY
_____

    Defendant, Jose Burciaga Andasola, by ("Andasola"), by his counsel of record, Peter R. Bornstein, moves this Court for supplemental discovery concerning a "confidential human source" utilized in this case who is now deceased. As grounds in support of his motion, Mr. Andasola states to the Court as follows:

    1.    Defendant is charged in a Superseding Indictment with three crimes relating to controlled substances. He is charged in Count 1 with distributing 50 grams or more of Methamphetamine and 500 grams or more of a mixture and substance containing Methamphetamine contrary to 21 U.S.C. § 841(a)(1). He is charged in Count 2 with distributing and possessing 100 grams or more of heroin in violation of 21 U.S.C. § 841(a)(1). In Count 3 of the Superseding Indictment he is charged with possession of a firearm while being an alien who is unlawfully in the United States in violation of 18 U.S.C. § 922(g)(5).

2. The Superseding Indictment alleges that the drug offenses occurred on February 3, 2017 and that the firearm offense occurred on November 6, 2017.

3. The two drug counts are supported by evidence consisting of an audio and video recording of a "confidential human source" who was acting in the capacity of a confidential informant for the Federal Bureau of Investigation. This informant is now dead; allegedly killed in a car accident at some unknown date and some unknown location to the defense.

4. The Government intends to authenticate and use at trial the video and audio recordings containing the statements made by the informant, as well as statements made by Andasola. At least some, if not all, of these statements made by the informant are offered for the truth of the matter asserted and are, therefore, hearsay statements.

5. Rule 806 of the Federal Rules of Evidence provide:

> When a hearsay statement -- or a statement described in rule 801(d)(2)(C), (D), or (E) – has been admitted in evidence, the declarant's credibility may be attacked, and then supported, by any evidence that would be admissible for those purposes if the declarant had testified as a witness. The court may admit evidence of the declarant's inconsistent statement or conduct, regardless of when it occurred or whether the declarant had an opportunity to explain or deny it.

6. Defendant seeks the name and identity of the informant to be able to make an investigation into his credibility. Further, it is known that this informant was allowed to stay in the United States in order to cooperate and was provided with money. A search warrant affidavit alleges that the informant was extremely active during some unknown period of time.

7. Defendant Andasola is entitled to all possible impeachment evidence in the possession of the FBI and in the possession of the United States Attorney's Office for the District of Colorado and elsewhere in the United States.

8. Additionally, the Defendant is entitled to receive from the prosecution all *Brady and Giglio* information relating to the credibility of the informant including, without limitation, his use of legal and illegal drugs, alcohol, instances of lack of credibility, and inducements and payments.

9. The Government has not furnished this information previously to the defense, and a request for this information made to the Assistant United States Attorney on February 4, 2019 has not resulted in voluntary agreement to provide the requested information concerning the informant.

WHEREFORE, Andasola requests additional discovery consistent with the obligation of the prosecution to provide impeaching evidence and exculpatory evidence concerning an unnamed informant whose testimony on audio and video will be utilized at the trial of Mr. Andasola.

Respectfully submitted this 11th day of February, 2019.

**THE LAW OFFICES OF PETER R. BORNSTEIN**

*s/ Peter R. Bornstein*
Peter R. Bornstein
6060 Greenwood Plaza Blvd., Suite 500
Greenwood Village, CO 80111
Telephone: 720-354-4440
Facsimile: 720-287-5674
E-mail: pbornstein@prblegal.com
*Attorney for Defendant Jose Burciaga Andasola*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of February, 2019, I electronically filed the foregoing **MOTION FOR SUPPLEMENTAL DISCOVERY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Jeannette Wolf*
Jeannette Wolf, Paralegal